United States District Court
Southern District of Texas
**ENTERED**
October 28, 2015
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |
| Fredy Ordonez, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-15-2312 |
| WCA Waste Corporation, *et al.*, | § § § | |
| Defendants. | § | |

## Final Dismissal

On the motion of the parties, this case is dismissed without prejudice; costs of court will be paid by the party incurring them.

Signed on October 28, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge